IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| M. RANDY RICE, as Chapter 7 Trustee, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:11MC0009- SWW |
| | * | |
| RICHARD ROCHON, ET AL., | * | |
| | * | |
| Defendants. | * | |
| | * | |

**Order**

For the reasons stated in the Court's Memorandum Opinion and Order entered in *M. Randy Rice, as Chapter 7 Trustee v. Richard Rochon, et al.*, 4:11mc0002-SWW, on February 23, 2011 [docket entry 11], the Court grants the motion of Defendants Robert B. Becker and Michael W. Pierce[1] as to their request for the district court to preside over the jury trial. The Bankruptcy Court, however, will maintain the reference until the case is ready to proceed to trial, supervising discovery, conducting pretrial conferences, and ruling on pretrial motions, including dispositive motions. Once the Bankruptcy Court certifies that the case is ready for trial, the Court will enter an Order withdrawing the reference and schedule the case for jury trial in the district court.

IT IS THEREFORE ORDERED that the motion to withdraw the reference [docket entry 2] is granted in part and denied in part.

DATED this 15th day of April, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] These defendants and movants in Case No. 4:11mc002-SWW are co-defendants in a case in the United States Bankruptcy Court, Eastern District of Arkansas, No. 4:10ap01256.