IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| M. RANDY RICE, as Chapter 7 Trustee, | * | |
| Plaintiff, | * | |
| vs. | * | No. 4:11MC0002- SWW |
| | * | No. 4:11MC0008-SWW |
| | * | No. 4:11MC0009-SWW |
| RICHARD ROCHON, ET AL., | * | |
| Defendants. | * | |

**Order**

Defendants are named in an adversary proceeding brought by plaintiff, the bankruptcy trustee, for breach of fiduciary duties, corporate waste and negligence, avoidance and recovery of fraudulent transfers. *M. Randy Rice, as Chapter 7 Trustee v. Richard Rochon, et al.*, 4:10ap-01256. Some of the sixteen defendants filed a demand for a jury trial and a motion to withdraw the reference of this matter to the bankruptcy court. The Court found that the interests of the estate and judicial economy would be served by the bankruptcy court conducting all pretrial proceedings and did not withdraw the reference immediately.

The Court *sua sponte* withdraws the entire reference immediately. The Clerk of the Bankruptcy Court and the Clerk of this Court are directed to take appropriate action to transfer the adversary proceeding to this Court where it will be docketed as a civil action.

SO ORDERED this 13th day of June, 2011.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE